# **EXHIBIT 2**



June 15, 2021

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
Citizens Bank of Pennsylvania
Property Services
RBS Citizens Business Services
801 Market Street, Suite 1320
Philadelphia PA 19107

Attn: Asset Management

    Re:    **Lease of Property at 5500-06 Germantown Avenue, Philadelphia PA (the "Property") pursuant to Lease dated 12/1/1971, as amended (the "Lease")**

## NOTICE OF DEFAULT

Dear Sir/Madam:

    This letter constitutes formal notice of your default for purposes of Article 18 of the Lease.

    Specifically, the Trustees of Green Street Monthly Meeting of Friends, the landlord under the above-referenced Lease, have conducted inspections of the physical condition of the Property and determined that Citizens Bank is in wide-ranging default of its obligations under the Lease with respect to the maintenance and repair of the Property and its fixtures, machinery, and equipment and with respect to its obligation to maintain the Property in compliance with applicable law. We previously provided you with a preliminary inspection report, which we enclose again, which details the defaults identified to date. You are requested to immediately cure these defaults.

    We further advise that our inspection is ongoing and will likely reveal additional defaults. I note, further, that the Lease requires Citizens Bank to perform certain duties, including but not limited to the removal of certain fixtures and the restoration of the Property, that must be honored before or in connection with the Bank's vacating the Property.

Case 2:21-cv-03798-GJP   Document 1-5   Filed 08/25/21   Page 3 of 3



Citizens Bank of Pennsylvania
June 15, 2021
Page 2

We provide this Notice with full reservation of rights and waive nothing.

Very truly yours,

*Edward Marshall*

Dr. Edward Marshall, for Trustees of
Green Street Monthly Meeting of Friends

Encl.

cc: RBS Americas Citizens Financial Group *(w/ encl. via Certified Mail)* 480 Jefferson Blvd.
Mail Code: RJE260
Warwick, RI  02886
Attn: Legal Counsel - Property Services

RBS Citizens, N.A. *(w/ encl. via Certified Mail)*
c/o JLL
525 William Penn Way, 20th Floor
Pittsburgh, PA 15259


Malcolm Griggs *(w/ encl. via Certified Mail)*
General Counsel & Chief Legal and Risk Officer
Citizens Financial Group, Inc.
One Citizens Plaza
Providence, RI 02903

Andree L. Perkins *(w/ encl. via Certified Mail)*
Senior Portfolio Analyst
Citizens Bank
One Citizens Plaza
Providence, RI 02903

A LANDMARK of LEARNING

5511 GREENE STREET  |  PHILADELPHIA  |  PA 19144-2894  |  215-438-7545  |  FAX: 215-438-1121  |  GREENESTREETFRIENDS.ORG